```
Alex Harrill
7700 Bent Tree Dr
Manassas, VA   20111


Alex Moneymaker
21013 Timber Ridge Ter Unit 201
Ashburn, VA   20147-7755


Ana Burns
425 S 21st St
Easton, PA   18042-5468


Anthony C. Christ
6635 Kennedy Ln
Falls Church, VA   22042-4114


Bryan Ditursi
21013 Timber Ridge Ter Unit 201
Ashburn, VA   20147-7755


Calibre
6354 Walker Ln # 500
Alexandria, VA   22310-3252


Cintas
PO Box 1475
Culpeper, VA   22701-6475
```

Curzon Staffing
675 N Washington St # 420
Alexandria, VA   22314-1939


David Dolberg
10721 Sandy Run Trl
Fairfax Station, VA   22039-2430


Double Eagle
8649 Phoenix Dr
Manassas, VA   20110-5243


Erin L. Beales
42071 Fremont Preserve Sq
Aldie, VA   20105-2979


Falyaz Haider
14406 Virginia Chase Ct
Centreville, VA   20120-3441


FeliciaMcClain
3053 Crosen Ct
Herndon, VA   20171-1538


Greg Deegan
5426 Gladewright Dr
Centreville, VA   20120-3322

Haley Beringer
60 N Ivandale St
Hamilton, VA  20158-9018


Harrell Bowman III
60 N Ivandale St
Hamilton, VA  20158-9018


James Bednar
11821 Federalist Way # 32
Fairfax, VA  22030-7864


Jesse Prewitt
127 Rebecca Dr
Winchester, VA  22602-7627


Kelly Hanger
8620 Clifton St
Marshall, VA  20115-3218


Kim Fellenz
3330 S 28th St # 301
Alexandria, VA  22302-1343


Kristina Severine
7700 Bent Tree Dr
Manassas, VA  20111

Kristine Edson
7737 Inversham Dr # 176
Falls Church, VA   22042-4487


Lauren Pflugrath
13307 Scotsmore Way
Herndon, VA   20171-4062


Mark Wagner
12503 Cross Country Ln
Reston, VA   20191-5815


Masami Imbs
11682 Flag Rock Dr
Remington, VA   22734-2165


Megan Kerr
707 President St # 1120
Baltimore, MD   21202-4493


Michael Phan
5008 Tibbitt Ln
Burke, VA   22015-1516


Nicholas Castillo
1028 S Walter Reed Dr # 731
Arlington, VA   22204-0828

```
Nikeeta Khetan
374 Guerrep St # 4
San Francisco, CA   94103


Patrick Berry
13958 Mansarde Ave # 192
Herndon, VA   20171-6324


Patrick Mackin
5908 Brunswick St
Springfield, VA   22150-3237


Phillip Bolling
c/o E. Andrew Burcher
4310 Prince William Pkwy
Woodbridge, VA   22192-5199


Quest Investments LLC
356 Copperfield Ln
Herndon, VA   20170-5310


Republic Services
PO Box 9001099
Louisville, KY   40290-1099


Richard A. Progin
113 Cedar Ln
Lebanon, PA   17046-2035
```

Scott DellaPenna
9541 Purcell Dr
Potomac, MD   20854-4500


Silian Khan
44218 Bristow Cir
Ashburn, VA   20147-3308


Teresa Ninson
13958 Mansarde Ave # 192
Herndon, VA   20171-6324


Timothy Daniels
407 W Park Dr
Stafford, VA   22554-7856


Travelers Insurance
c/o Swift Creek Insurance
14106 Shallowford Ldning Ct
Midlothia, VA   23112


Valerie Lauren Carboni
1028 S Walter Reed Dr # 731
Arlington, VA   22204-0828


Wedding Wire
2 Wisconsin Cir # 300
Chevy Chase, MD   20815-7014

| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sunset Crest Manor. LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4595051** |
| 4. | **Debtor's address** | **Principal place of business**  **42230 Mayhew Ln**  **Chantilly, VA 20152-4369**  Number, Street, City, State & ZIP Code  **Loudoun**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **42230 Mayhew Ln Chantilly, VA 20152-4369**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ■ Partnership  ☐ Other. Specify: _____ |

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 1

Debtor  **Sunset Crest Manor. LLC**  _____ Case number (*if known*) _____
      <sub>Name</sub>

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

__53112__

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  **Sunset Crest Manor. LLC** _____  Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **11.** **Why is the case filed in** *this district?* | *Check all that apply:* <br> ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
           Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.  Insurance agency _____
           Contact name _____
           Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 <br> ■ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |

Debtor **Sunset Crest Manor. LLC**     Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  1, 2016**
                        MM / DD / YYYY

X **/s/ Joseph Cusato**                                **Joseph Cusato**
Signature of authorized representative of debtor                Printed name

Title    **Managing member**

**18. Signature of attorney**

X **/s/ Bennett Brown**                   Date **March  1, 2016**
Signature of attorney for debtor                             MM / DD / YYYY

**Bennett Brown**
Printed name

**The Law Office of Bennett A. Brown**
Firm name

**3905 Railroad Ave Ste 200N**
**Fairfax, VA 22030-3933**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address **bennett@pcgalaxy.com**

**12583**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Sunset Crest Manor. LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 1, 2016**     X **/s/ Joseph Cusato**
Signature of individual signing on behalf of debtor

**Joseph Cusato**
Printed name

**Managing member**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Sunset Crest Manor. LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Quest Investments LLC<br>356 Copperfield Ln<br>Herndon, VA 20170-5310 | | | | $17,000.00 | $15,000.00 | $2,000.00 |
| Curzon Staffing<br>675 N Washington St # 420<br>Alexandria, VA 22314-1939 | | | | | | $3,499.00 |
| Richard A. Progin<br>113 Cedar Ln<br>Lebanon, PA 17046-2035 | | Trade debt | | | | $3,000.00 |
| Mark Wagner<br>12503 Cross Country Ln<br>Reston, VA 20191-5815 | | Trade debt | | | | $3,000.00 |
| FeliciaMcClain<br>3053 Crosen Ct<br>Herndon, VA 20171-1538 | | Trade debt | | | | $3,000.00 |
| James Bednar<br>11821 Federalist Way # 32<br>Fairfax, VA 22030-7864 | | Trade debt | | | | $3,000.00 |
| Nikeeta Khetan<br>374 Guerrep St # 4<br>San Francisco, CA 94103 | | Trade debt | | | | $3,000.00 |
| Scott DellaPenna<br>9541 Purcell Dr<br>Potomac, MD 20854-4500 | | Trade debt | | | | $3,000.00 |

Debtor **Sunset Crest Manor. LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Greg Deegan** 5426 Gladewright Dr Centreville, VA 20120-3322 | | **Trade debt** | | | | **$3,000.00** |
| **Kristine Edson** 7737 Inversham Dr # 176 Falls Church, VA 22042-4487 | | **Trade debt** | | | | **$3,000.00** |
| **Erin L. Beales** 42071 Fremont Preserve Sq Aldie, VA 20105-2979 | | **Trade debt** | | | | **$3,000.00** |
| **Masami Imbs** 11682 Flag Rock Dr Remington, VA 22734-2165 | | **Trade debt** | | | | **$3,000.00** |
| **Jesse Prewitt** 127 Rebecca Dr Winchester, VA 22602-7627 | | **Trade debt** | | | | **$3,000.00** |
| **Falyaz Haider** 14406 Virginia Chase Ct Centreville, VA 20120-3441 | | **Trade debt** | | | | **$3,000.00** |
| **Michael Phan** 5008 Tibbitt Ln Burke, VA 22015-1516 | | | | | | **$3,000.00** |
| **Travelers Insurance c/o Swift Creek Insurance** 14106 Shallowford Ldning Ct Midlothia, VA 23112 | | **Trade debt** | | | | **$1,851.00** |
| **Republic Services** PO Box 9001099 Louisville, KY 40290-1099 | | **Trade debt** | | | | **$983.88** |
| **Cintas** PO Box 1475 Culpeper, VA 22701-6475 | | | | | | **$917.08** |
| **Calibre** 6354 Walker Ln # 500 Alexandria, VA 22310-3252 | | **Trade debt** | | | | **$911.89** |

Debtor **Sunset Crest Manor. LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wedding Wire 2 Wisconsin Cir # 300 Chevy Chase, MD 20815-7014** | | **Trade debt** | | | | $515.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Sunset Crest Manor. LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Wedding venue rental** |
| | State the term remaining | |
| | List the contract number of any government contract | **Alex Harrill**<br>**7700 Bent Tree Dr**<br>**Manassas, VA 20111** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Wedding venue rental** |
| | State the term remaining | |
| | List the contract number of any government contract | **Alex Moneymaker**<br>**21013 Timber Ridge Ter Unit 201**<br>**Ashburn, VA 20147-7755** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Wedding venue rental** |
| | State the term remaining | |
| | List the contract number of any government contract | **Anthony C. Christ**<br>**6635 Kennedy Ln**<br>**Falls Church, VA 22042-4114** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Wedding venue rental** |
| | State the term remaining | |
| | List the contract number of any government contract | **David Dolberg**<br>**10721 Sandy Run Trl**<br>**Fairfax Station, VA 22039-2430** |

Debtor 1  **Sunset Crest Manor. LLC** _____   Case number (*if known*) _____
First Name      Middle Name        Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Wedding venue rental** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Haley Beringer**<br>**60 N Ivandale St**<br>**Hamilton, VA 20158-9018** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Wedding venue rental** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Kelly Hanger**<br>**8620 Clifton St**<br>**Marshall, VA 20115-3218** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Wedding venue rental** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Kim Fellenz**<br>**3330 S 28th St # 301**<br>**Alexandria, VA 22302-1343** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Wedding venue rental** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Lauren Pflugrath**<br>**13307 Scotsmore Way**<br>**Herndon, VA 20171-4062** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Wedding venue rental** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Megan Kerr**<br>**707 President St # 1120**<br>**Baltimore, MD 21202-4493** |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Weddin venue rental** |
|  | State the term remaining | **Nicholas Castillo**<br>**1028 S Walter Reed Dr # 731**<br>**Arlington, VA 22204-0828** |

Debtor 1  **Sunset Crest Manor. LLC**                                              Case number (*if known*) _____
         First Name    Middle Name    Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **Wedding venue rental** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Patrick Berry**<br>**13958 Mansarde Ave # 192**<br>**Herndon, VA 20171-6324** |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **Wedding venue rental** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Patrick Mackin**<br>**5908 Brunswick St**<br>**Springfield, VA 22150-3237** |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **Wedding venue rental** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Silian Khan**<br>**44218 Bristow Cir**<br>**Ashburn, VA 20147-3308** |

| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **Wedding venue rental** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Timothy Daniels**<br>**407 W Park Dr**<br>**Stafford, VA 22554-7856** |

**United States Bankruptcy Court**
**Eastern District of Virginia, Alexandria Division**

**IN RE:**                                                                                           Case No. _____

**Sunset Crest Manor. LLC**                                                  Chapter **11**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................. $ **475.00/hr**

   Prior to the filing of this statement I have received ........................................ $ **10,000.00**

   Balance Due ............................................................................. $ _____

2. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. Other provisions as needed:

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 1, 2016** | */s/ Bennett Brown* |
| *Date* | *Signature of Attorney* |
| | **The Law Office of Bennett A. Brown** |
| | *Name of Law Firm* |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)